JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS C. HARRIS, | Case No. CV 10-3358-ODW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| F.B. HAWS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: July 25, 2012

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE